ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Matrix Providers | ) ASBCA No. 62825 |
| | ) |
| Under Contract No. HT0050-18-D-0034 | ) |

APPEARANCES FOR THE APPELLANT:    Barbara A. Duncombe, Esq.
    Sean A. Graves, Esq.
     Taft Stettinius & Hollister LLP
     Dayton, OH

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Julia P. Hatch, Esq.
     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 18, 2021

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62825, Appeal of Matrix Providers, rendered in conformance with the Board's Charter.

Dated: August 18, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals